UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| In re: | Chapter  11 |
| AXCESS MEDICAL IMAGING CORPORATION, | Case No. 8:09-bk-12180-CED |
| US IMAGING HOLDING, LLC, | Case No. 8:09-bk-12181-CED |
| U.S. IMAGING CENTER CORP., LLC, | Case No. 8:09-bk-12182-CED |
| AXCESS DIAGNOSTICS BRADENTON, LLC, | Case No. 8:09-bk-12183-CED |
| AXCESS DIAGNOSTICS SARASOTA, LLC, | Case No. 8:09-bk-12184-CED |
| CLEARWATER RESOURCES, INC., | Case No. 8:09-bk-12186-CED |
| BRADENTON RESOURCES, INC., | Case No. 8:09-bk-12187-CED |
| MRI-SOUTH UMBERTON, INC., | Case No. 8:09-bk-12189-CED |
| MORGAN MEDICAL CORPORATION, | Case No. 8:09-bk-12190-CED |
| CHARLOTTE RESOURCES, INC., | Case No. 8:09-bk-12192-CED |
| JACKSONVILLE RESOURCES, INC., | Case No. 8:09-bk-12194-CED |
| AXCESS MANAGEMENT GROUP, LLC, | Case No. 8:09-bk-12197-CED |
| Debtors. _____/ | *Jointly Administered* *Case No. 8:09-bk-12180-CED* |

FIRST SUPPLEMENT TO
DEBTORS' MOTION FOR ORDER AUTHORIZING THE SALE
OF SUBSTANTIALLY ALL OF THEIR ASSETS TO ALTAMONTE SPRINGS
DIAGNOSTIC IMAGING, INC. PURSUANT TO 11 U.S.C. § 363,
FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES

Axcess Medical Imaging Corporation, US Imaging Holding, LLC, U.S. Imaging Center

Corp., LLC, Axcess Diagnostics Bradenton, LLC, Axcess Diagnostics Sarasota, LLC,

Clearwater Resources, Inc., Bradenton Resources, Inc., MRI-South Umberton, Inc., Morgan

Medical Corporation, Charlotte Resources, Inc., Jacksonville Resources, Inc., and Axcess

Management Group, LLC, as debtors and debtors in possession (hereinafter collectively referred

to as the "**Debtors**"), by and through their undersigned attorneys, hereby file their First Supplement to Debtors' Motion for Order Authorizing the Sale of Substantially All of Their Assets to Altamonte Springs Diagnostic Imaging, Inc. Pursuant to 11 U.S.C. § 363, Free and Clear of All Liens, Claims and Encumbrances (the "**First Supplement**"). In support of this First Supplement, the Debtors state as follows:

## A. Jurisdiction and Venue

1.      This Court has jurisdiction to consider this First Supplement pursuant to 28 U.S.C. §§ 157 and 1334. The subject matter of this First Supplement is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper in this district pursuant to 28 U.S.C. § 1408. The statutory predicates for the relief sought in this First Supplement include 11 U.S.C. §§105, 363, 1107 and 1108 and Rules 2002, 6004, and 6006 of the Federal Rules of Bankruptcy Procedure.

## B. General Background

2.      On June 10, 2009 (the "**Petition Date**"), the Debtors filed with this Court their Voluntary Petitions for relief under Chapter 11 of the Bankruptcy Code.

3.      The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

4.      On June 12, 2009, this Court entered its Order Granting Debtor's *Ex Parte* Emergency Motion for Order Directing Joint Administration of Chapter 11 Cases Pursuant to Bankruptcy Rule 1015(b) in each of the Chapter 11 cases of the Debtors (collectively, the "**Joint Administration Order**"). Pursuant to the Joint Administration Order, the Debtors' Chapter 11 cases are being jointly administered for procedural purposes only under In re Axcess Medical Imaging Corporation, Case No. 8:09-bk-12180-CED.

5.      The Debtors collectively operate nine (9) medical imaging centers located in various locations throughout Florida, including Venice, Sarasota, Bradenton, Clearwater, Pinellas Park, Naples, Port Charlotte, Titusville, and Jacksonville.

6.      On November 13, 2009, the Debtors and Altamonte Springs Diagnostic Imaging, Inc. (the "**Purchaser**") executed an Asset Purchase Agreement (the "**Purchase Agreement**"), which provides for the sale by the Debtors, and the purchase by the Purchaser, of substantially all of the assets (the "**Assets**") of the Debtors for $5,000,000 in cash, plus the assumption of certain liabilities of the Debtors (as more particularly described in Section 1.7 of the Purchase Agreement).[1]

7.      Under Section 1.1(c) of the Purchase Agreement, the Assets include "The fixed assets described in Schedule 1.1(c) attached hereto" (collectively, the "**Fixed Assets**").

8.      Under Section 1.1(d) of the Purchase Agreement, the Assets also include "All inventories and equipment including without limitation all magnetic imaging machines, ancillary and auxiliary equipment, supplies, parts and other materials used or useable in connection with the Business, fixtures, furniture, inventory, supplies, machinery, equipment, prepaid expenses, accounts receivable, notes receivable, securities, sales data and customer lists (and any and all enhancements, derivations, developments, documents, and materials related thereto)" (collectively, the "**Other Assets**").

---

[1]      An executed copy of the Purchase Agreement, together with the Schedules thereto, is attached to the Sale Motion (as defined below) as Exhibit A and is incorporated herein by this reference thereto. A copy of the complete Purchase Agreement is on file with the Office of the Clerk of the United States Bankruptcy Court, and is available for inspection and photocopying during the normal business hours of the Office of the Clerk of the United States Bankruptcy Court, 5th Floor, Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida 33602. A copy of the complete Purchase Agreement may also be obtained upon written request to the undersigned counsel for the Debtors.

9.     As expressly provided on Schedule 1.1(c) attached to the Purchase Agreement and in Section 1.1(d) of the Purchase Agreement, the Fixed Assets and the Other Assets include all of the major medical equipment utilized by the Debtors at their facilities.  For the avoidance of doubt, the Debtors are attaching as Exhibit A to this First Supplement a more detailed listing of the major medical equipment owned by the Debtors and intended to be sold to the Purchaser pursuant to the Purchase Agreement.  For purposes of this First Supplement, the Fixed Assets, the Other Assets and the equipment listed on Exhibit A attached to this First Supplement shall hereinafter be collectively referred to as the "**Identified Equipment.**"

10.     On December 4, 2009, the Debtors filed with this Court their Motion for Order Authorizing the Sale of Substantially All of Their Assets to Altamonte Springs Diagnostic Imaging, Inc. Pursuant to 11 U.S.C. § 363, Free and Clear of All Liens, Claims and Encumbrances [Docket No. 374] (the "**Sale Motion**").  Pursuant to the Sale Motion, the Debtors are seeking authorization from this Court to sell the Assets (including the Identified Equipment) to the Purchaser in connection with the terms and conditions of the Purchase Agreement, free and clear of any and all liens, claims and encumbrances whatsoever, whenever and wherever arising, whether before or after the Petition Date (collectively, the "**Encumbrances**"), pursuant to Section 363 of the Bankruptcy Code and an order of this Court granting the Sale Motion (the "**Sale Order**"), including, but not limited to, the Encumbrances of any creditors of the Debtors. The Encumbrances of any creditors or claimants of any kind whatsoever will attach to the proceeds from the sale of the Assets to the same extent, validity and priority as existed on the Assets as of the Petition Date or thereafter.

11.     On December 4, 2009, the Debtors also filed with this Court their Motion for Authority to Assume and/or Assign Certain Executory Contracts and Unexpired Leases to

4

Altamonte Springs Diagnostic Imaging, Inc. Free and Clear of All Liens, Claims and Encumbrances [Docket No. 375] (the "**Assumed Contracts Motion**").

### C. Relief Requested

12.     At the closing (the "**Closing**") under the Purchase Agreement, the Debtors are required to execute a bill of sale transferring to the Purchaser all right, title and interest of the Debtors in the Identified Equipment.  The Debtors assert that they own title to all of the Identified Equipment to be transferred to the Purchaser under the Purchase Agreement, but believe it is necessary to identify specifically certain items of such equipment (as set forth in paragraphs 7-9 above) in this First Supplement in order to avoid any dispute, and put all parties on notice that the Debtors contend, that the Identified Equipment constitute Assets owned by the Debtors which the Debtors will transfer to the Purchaser at the Closing.  Furthermore, it is the Debtors' position that none of the Identified Equipment is subject to a "true lease."  To the extent that any of the Identified Equipment is described in any alleged executory contract or lease to which the Debtors are a party, the Debtors will not be seeking to assume and assign any such alleged executory contract or lease to the Purchaser under the Assumed Contracts Motion.

13.     The Debtors will transfer the Identified Equipment to the Purchaser at the Closing, free and clear of any and all Encumbrances of any creditors or claimants of any kind whatsoever, with any such Encumbrances to attach to the proceeds from the sale of the Assets to the same extent, validity and priority as existed on the Identified Equipment as of the Petition Date.

14.     The Debtors request that any objections to the relief requested in this First Supplement must be filed with the Court by no later than **January 11, 2010, at 12:00 p.m. (Eastern Standard Time)**, the deadline for the filing of any objections to the Sale Motion as ordered in this Court's Order Granting Debtors' Emergency Motion for Entry of an Order (I)

Approving Bidding Procedures in Connection with the Sale of Substantially All of Their Assets, (II) Establishing Procedures for the Assumption and/or Assignment by the Debtors of Certain Executory Contracts and Unexpired Leases, (III) Approving Minimum Overbid Amount and a Break-Up Fee, (IV) Approving Form and Manner of Notice of Bidding Procedures, and (V) Setting Objection Deadlines [Docket No. 365].

15.     For all of the reasons set forth in this First Supplement, the Debtors request that the Sale Order expressly provide that the Debtors own all right, title and interest in the Identified Equipment and have the authority to transfer the Identified Equipment to the Purchaser at the Closing free and clear of all Encumbrances.

### D. Notice

16.     A copy of this First Supplement is being served on all parties set forth on the Local Rule 1007(d) Parties in Interest List for these cases as well as all parties that the Debtors believe may claim an interest in the Identified Equipment.  Accordingly, the Debtors request that the Court enter an order finding that such notice of this First Supplement is adequate and sufficient and complies with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Rules of this Court.

WHEREFORE, the Debtors respectfully request entry of an order granting the relief requested herein, and such other and further relief as is just and proper.

Dated: January 6, 2010

/s/ Charles A. Postler
Charles A. Postler (Fla. Bar #455318)
STICHTER, RIEDEL, BLAIN & PROSSER, P.A.
110 East Madison Street, Suite 200
Tampa, Florida 33602
PH      813/229-0144
FAX    813/229-1811
Attorneys for Debtors

6

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing **First Supplement to Debtors' Motion for Order Authorizing the Sale of Substantially All of Their Assets to Altamonte Springs Diagnostic Imaging, Inc. Pursuant to 11 U.S.C. § 363 Free and Clear of All Liens, Claims and Encumbrances** with attached <u>Exhibit A</u> has been furnished on this 6th day of January, 2010, (i) by **CM/ECF Transmission** to the United States Trustee, 501 East Polk Street, Suite 1200, Tampa, Florida 33602, and (ii) by **U.S. Mail or CM/ECF Transmission** to (a) all parties set forth on the Local Rule 1007(d) Parties in Interest List for these cases attached hereto as <u>Schedule 1</u>, (b) all parties set forth on <u>Schedule 2</u> attached hereto, and (c) all parties set forth on the Bidder List Matrix attached hereto as <u>Schedule 3</u>.

<u>/s/ Charles A. Postler</u>
Charles A. Postler

# <u>EXHIBIT A</u>

**SCHEDULE 1.1 ( C )**
MEDICAL EQUIPMENT SUMMARY

| Vendor | Contract/Reference # | Center | Supplier/Manufacturer | Service/Equipment |
|---|---|---|---|---|
| **BANK OF AMERICA** | | | | |
| Bank of America 800-260-8070 option 7 Tracy atl_payoffs@bankofameri ca.com | 1769400 | US Imaging Center Corp | Philips Medical System | MRI Intera 3.0T Quasar<br><br>Tenant improvements |
| Bank of America 800-260-8070 option 7 Tracy atl_payoffs@bankofameri ca.com | 1767800 | Axcess Dx Bradenton | | HDI 5000 SonoCT Ultrasound 728240 Brilliance CT 16 Slice Power |
| | | | GE Walker, Inc. | Bucky Diagnost Floor System - Xray Kodak Driview 8900 PACS Link Laser Imager Konica CR - Xpress CR Class I |
| | | | GE Walker, Inc. Philips Medical Capital, LLC | Premium System<br><br>Leasehold improvements Misc. Equipment & Construction |
| | | | GE Healthcare | MRI 1.5T |
| **GE HEALTHCARE** | | | | |
| GE Healthcare Financial Services Luke 800-225-7480, option 1 | 8523410-003/861-111501 | US Imaging Center Corp | World One Viztek | New Viztek PACS System |
| GE Healthcare Financial Services Luke 800-225-7480, option 1 | 8523112-003&004/861-402276 | US Imaging Center Corp | Phillips Medical Systems | New Philips Allegro PET System |
| GE Healthcare Financial Services Luke 800-225-7480, option 1 | 8523116-001&002/861402278 | US Imaging Center Corp | Phillips Medical Systems | Philips Diagnost TC<br><br>Xray |
| GE Healthcare Financial Services Luke 800-225-7480, option 1 | 8523408-002/861-402398 | US Imaging Center Corp | Imaging Financial Solutions | New Kodak Dryview 8700 Laser |
| GE Healthcare Financial Services Luke 800-225-7480, option 1 | 8523115-005/861-402277 | US Imaging Center Corp | Philips Medical Systems | New Philips MX 8000 CT |
| GE Healthcare Financial Services Luke 800-225-7480, option 1 | 8531357-001/861-406049 | US Imaging Center Corp | Vital Images, Inc. | Vital Images |

| Vendor | Contract/Reference # | Center | Supplier/Manufacturer | Service/Equipment |
|---|---|---|---|---|
| **GE HEALTHCARE (continued)** | | | | |
| GE Healthcare | 237152 | Axcess Dx Bradenton | | Service Contract Required for Lease |
| GE Healthcare Financial Services Luke 800-225-7480, option 1 | 8535505-001/861-408390 | Axcess Dx Bradenton | Mag View | New MagView Mammography Info Mgmt System |
| GE Healthcare Financial Services Luke 800-225-7480, option 1 | 853125/861-408175 | Axcess Dx Bradenton | Fischer Imaging | Fischer Table |
| GE Healthcare Financial Services Luke 800-225-7480, option 1 | 8535123/0002-530260 | Axcess Dx Bradenton | GE Healthcare Technologies | New GE Senographe DS Mammography |
| GE Healthcare Financial Services Luke 800-225-7480, option 1 | 8531573/861-406339 | Axcess Dx Bradenton | Ethicon Endo Surgery, Inc. | Mammotome Breast Biopsy Arm |
| GE Healthcare Financial Services Luke 800-225-7480, option 1 | 8535245/861-408238 | Axcess Dx Bradenton | Confirma, Inc. | Confirma Mammo |
| GE Healthcare Financial Services Luke 800-225-7480, option 1 | 8537456/2557443 | Axcess Dx Bradenton | GE Medical Systems | GE Lunar Prodigy Advance Plus Full |
| **IBM** | | | | |
| IBM Luciana 800-819-8206, x3050, lubritto@br.ibm.com | D00D20233/773470 | US Imaging Center Corp | Zonare | Ultrasound |
| IBM | D00D20202 | Axcess Dx Sarasota | Philips | CT 64 SLICE Brilliance |
| IBM | D00D20204 | Axcess Dx Sarasota | Philips | MRI Panorama 1T |
| IBM | D00D20215 | Axcess Dx Sarasota | | TERA RECON |
| IBM | D00D24110 | Axcess Dx Sarasota | | KONICA |
| IBM | D00D20208 | Axcess Dx Sarasota | Philips | BUCKY Diagnostic Floor System |
| IBM | D00D20212 | Axcess Dx Sarasota | Philips | PET/CT Gemini GXL 6 slice |
| IBM | D00D27305 | Axcess Dx Sarasota | Philips | UPS |
| IBM | D00D59374 | Axcess Dx Sarasota | | |
| IBM | D00D49989 | Axcess Dx Sarasota | General Electric | GE ULTRASOUND Logiq S6 SERVER, COMPUTERS, WORKSTATIONS |
| IBM | D00D32044 | Axcess Dx Sarasota | Cisco/Nortel/Juniper | |
| IBM | D00D32293 | Axcess Dx Sarasota | | |
| IBM | D00D38645 | Axcess Dx Sarasota | | |
| IBM | D00D29492 | Axcess Dx Sarasota | InterTel | Communications Systems |
| IBM | None | Axcess Dx Sarasota | | Software and Services Buyout |
| IBM | Q03002128-05 | Axcess Imaging Ctr-CLW | GE | Logic |
| IBM | Q03002128-05 | Magnetic Imaging Ctr | Picker/Phillips | Edge Eclipse 1.5T |
| IBM | | MRI Center of Jax | Picker/Phillips | Polaris 1.0T |
| IBM | | MRI of North Brevard | Picker/Phillips | Edge Eclipse 1.5T |

| Vendor | Contract/Reference # | Center | Supplier/Manufacturer | Service/Equipment |
|---|---|---|---|---|
| **GECC** | | | | |
| GECC | 8540928001 | Axcess Imaging Ctr- CLW | Picker | IQ |
| GECC | 8530371001 | MRA Open MRI - PPK | Hitachi | AIRIS |
| GECC | 8536286002/ 8536298001 | All MRII Centers - Allocated Equipment Cost | | Allocated to specific equipment |
| **PHILIPS** | | | | |
| Philips | PH006076/PH006084 | Naples MRI & CT Ctr | Philips | Intera 1.5TMR & Upgrade MR Coil |
| Philips | PH007966/PH007556 | MRI Ctr of Charlotte | Philips | Intera 1.5T/Tenant Improvements |
| Philips | PH010997 | All MRII Centers | GE Paydown | Cost allocated to equipment |
| **US BANK** | | | | |
| US Bank | 585-0343451-000/  585-0340365-000 | Axcess Imaging Ctr-CLW | Phillips | Intera |
| US Bank | 585-0356444-000 | MRI Center of Jax | Amrad | Classic Table & Wall Bucky |
| US Bank | 585-0338186-000 | Naples MRI & CT Ctr | Toshiba | Aquillion 4 Slice |
| **CARESTREAM HEALTH** | | | | |
| Carestream Health Joyce Cherrington 801-208-5656 jcherrington@carestreamhealth.encover.com | 45591 | Axcess Dx Bradenton | Kodak | LI-3 Film Drawers with Sorter |
| **CAMBRIDGE CAPITAL** | | | | |
| Cambridge Capital/1st Federal Leasing Kari 765-962-3881 x293 | 102347 | US Imaging Center Corp | Aycan | Film Printer |
| Cambridge Capital/1st Federal Leasing/Leaf Specialty Finance | 019-5328796-001/1810 | US Imaging Center Corp | Empiric, Tekneck, Intelerad | 4 17 inch Dell Flat Panel Monitors 4 Desktop Mounts 6 Topaz Signature Gem LCD 1 Dell Workstation 20 inch monitor Apple Xserver |
| Cambridge Capital/1st Federal Leasing TCCG 714-221-1488 JaimeK@TheCCGrp.com | 85814 | US Imaging Center Corp | Meadows Business Systems | Xray Shelving Xray File Dividers 6 Workstations 6 Graphite Black Keyboard Manager |
| Cambridge Capital/Leaf Specialty Finance | 031-5337864-001/1999 | US Imaging Center Corp | Empiric Systems LLC | Empiric |
| Cambridge Capital/1st Federal Leasing Kari 765-962-3881 x293 | 102350 | Axcess Dx Bradenton | Aycan | Film Printer |

| Vendor | Contract/Reference # | Center | Supplier/Manufacturer | Service/Equipment |
|---|---|---|---|---|
| **CAMBRIDGE CAPITAL (continued)** | | | | |
| Cambridge Capital/1st Federal Leasing 714-221-1488 JaimeK@TheCCGrp.com | 102349 | Axcess Dx  Sarasota | Aycan | Film Printer |
| Cambridge Captial/The Manifest Group/US Bank 714-221-1488 JaimeK@TheCCGrp.com | 658826/1002 | Axcess Dx  Sarasota | Meadows Business Systems | Film Room Workstations |
| | | | | Rad and 3D Room Workstations Xray Cabinets Storage Cabinet |
| | | | Fine-Line Furniture and Accessories | Office Furniture and Decorations |

# SCHEDULE 1

Label Matrix for local noticing
113A-8
Case 8:09-bk-12180-CED
Middle District of Florida
Tampa
Wed Jan  6 12:59:52 EST 2010

4 Charlotte LLC
Roger H Miller III Esq
99 Nesbit St
Punta Gorda FL 33950-3636

Advanced Data System Corp
Rose Ann Garcia Dir of Operations
255 W Spring Valley Ave
Maywood NJ 07607-1445

Agency for Health Care Admin., State of Flor
c/o James H. Harris, Esq.
Agency for Health Care Admin.
525 Mirror Lake Dr., N., # 330D
St. Petersburg, Florida 33701-3242

Amegy Bank of Texas
c/o John J. Lamoureux
Carlton Fields, P.A.
P. O. Box 3239
Tampa, FL 33601-3239

Amegy Bank of Texas
Susan J Brandt Esq
Nathan Sommers Jacobs
1800 Post Oak Blvd
61st Floor
Houston TX 77056-3813

Axcess Medical Imaging Corporation
US Imaging Holding LLC et al
Jointly Administered
551 N Cattlemen Rd Suite 202
Sarasota, FL 34232-6448

Banc of America Leasing & Capital, LLC
c/o Matthew G. Krause, Esq.
Eric B. Zwiebel, P.A.
8751 West Broward Blvd., Suite 100
Plantation, Florida 33324-2630

Bowes Imaging Center, LLC
Michael C Markham
Johnson Pope Bokor Ruppel & Burns LLP
Post Office Box 1368
Clearwater, FL 33757-1368

CIM Securities, LLC
c/o Lawrence R. Metsch, Esq.
20801 Biscayne Blvd.
Suite 307
Aventura, Florida 33180-1423

Coastal Orthopedics and Sports
Medicine of Southwest FL PA
c/o M. Lewis Hall, III, Esq
200 S. Orange Avenue
Sarasota, FL 34236-6802

Department of Labor and Security
Hartman Building Suite 307
2012 Capital Circle Southeast
Tallahassee FL 32399 0648

Department of Revenue
PO Box 6668
Tallahassee FL 32314-6668

Durga, L.L.C.
c/o Charles A. Buford, Esquire
P. O. Box 1368
Clearwater, FL 33757-1368

Florida Spine Properties, LLC
c/o Brian E. Langford, Esq.
Langford, Myers & Orcutt, P.A.
1715 W. Cleveland Street
Tampa, FL 33606-1810

Gary Kurz, Asst Regional Counsel
US Dept of Health and Human Services
San Nunn Atlanta Federal Center
61 Forsyth St., SW Ste 5M60
Atlanta, GA 30303-8931

General Electric Capital Corp
John S Schoene Esq
100 E Sybelia Ave #205
Maitland FL 32751-4757

General Electric Capital Corporation
Robert J. Nader
Robert J Nader, Attorney at Law
Olde Hyde Park Village
1509 W Swan Ave Suite 235
Tampa, FL 33606-2511

Gevity
c/o Michael Horan Esq
200 Central Ave.
Ste. 1600
St. Petersburg, FL 33701-4335

Gottlieb Financial Services, LLC
c/o Gardner F. Davis, Esq.
Foley & Lardner LLP
Post Office Box 240
Jacksonville, FL 32201-0240

Griffin Development LLC
c/o Douglas B. Szabo, Esq.
Henderson, Franklin, Starnes & Holt, P.A
P.O. Box 280
Fort Myers, FL 33902-0280

HCI Secured Medical Rec Sp Purpose Corp
David Tatge Esq
1225 25th St NW
Suite 700
Washington DC 20037

HCI Secured Medical Receivables Special Purp
c/o Kenneth G.M. Mather
Akerman Senterfitt
401 E. Jackson St., Suite 1700
Tampa, FL 33602-5250

Hilton Head Imaging
Noel R. Boeke
Holland & Knight, LP
PO Box 1288
tampa, FL 33601-1288

Hulett Enviromental Ser.
730 Goodlette Rd. N
Suite# 101
Naples, FL 34102-5617

IBM Corporation
c/o Beverly H. Shideler
Two Lincoln Centre
Oakbrook Terracy, IL 60181-4295

IBM Credit LLC
Norbert Cardenas
Special Handling Group
4111 Northside Parkway
Atlanta, GA 30327-3015

Image First Healthcare Laundry
JC Ryan
Chief Operating Officer
P O Box 18139
Clearwater FL 33762-1139

Imperial Premium Finance, Inc.
Noel R. Boeke, Esq.
Holland & Knight LLP
P.O. Box 1288
Tampa, FL 33601-1288

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

LEAF Funding, Inc
c/o Howard S Toland, Esq
2400 N Commerce Parkway
Suite 302
Westom FL 33326-3253

MRI Professors PL
Marc A Engel MD
President
9920 SW 57 PL
Pinecrest FL 33156-2093

Mail Station Courier
2338 Immokalee Rd. #403
Naples, FL 34110-1445

Manatee County Tax
Collector
P.O. Box 25300
Bradenton, FL 34206-5300

NHCC
6342 Forest Hill Blvd Ste 205
West Palm Bch FL 33415-6104

Nancy Hector
c/o Alberto F. Gomez, Jr.
Morse & Gomez, PA
119 S. Dakota Ave.
Tampa, FL 33606-1813

New Century Radiologists LLC
Rodney L Salvati Esq
245 Tamiami Trail N Suite C 1
Venice FL 34285-1947

Office of US Attorney
Attn Civil Process Clerk
400 North Tampa St Suite 3200
Tampa FL 33602-4774

Official Committee of Unsecured Creditors
Frank P Terzo Esq
1221 Brickell Avenue
Suite 1650
Miami, FL 33131-3259

Official Committee of Unsecured Creditors
Soctt Lilly Esq
GrayRobinson PA
201 N Franklin St Ste 2200
Tampa FL 33602-5822

Official Committee of Unsecured Creditors
Steven J Solomon Esq
1221 Brickell Avenue
Suite 1650
Miami, FL 33131-3259

PETNET Pharmaceuticals, Inc.
c/o George L. Zinkler, III, Esq.
401 E. Las Olas Blvd Ste 1650
Ft Lauderdale FL 33301-4252

Petnet Pharmaceuticals Inc
c/o Arlene N Gelman  Esq
Vedder Price PC
222 N LaSalle St, Ste 2600
Chicago, IL 60601-1104

Petnet Pharmaceuticals Inc
c/o Jonathan E Aberman  Esq
Vedder Price PC
222 N LaSalle St, Ste 2600
Chicago, IL 60601-1104

Philips Medical Capital
Tony J McDonald Esq
McDonald Law Associates, P.A.
37 North Orange Avenue Suite 500
Orlando, FL 32801-2459

Philips Medical Capital LLC
Robert A Solove Esq
12002 SW 128 Court Ste 201
Miami FL 33186-4643

Phillips Medical Systems North Am Co
Bruce J Borrus Esq
1001 4th Ave Ste 4500
Seattle WA 98154-1192

Pinellas County Tax Collector
Attn: Betty A Gramley, Tax Manager
PO Box 2943
Clearwater FL 33757-2943

R & L Healthcare Advisors
Marc Lazarus
President & CEO
1605 Main St Ste 905
Sarasora FL 34236-5862

RBSM LLP
Peter Stefanour Managing Partner
1360 Beverly Road, Suite 103
McLean, VA 22101-3621

Searchlight Partners LLC
Todd A Ellsworth
Managing Partner
1956 Main St
Second FL
Sarasota FL 34236-5915

Spinecare Associates, L.L.C.
c/o Brian E. Langford, Esq.
Langford, Myers & Orcutt, P.A.
1715 W. Cleveland St.
Tampa, FL 33606-1810

Stephen Bravo & Robert Posniak
Stephen D Busey Esq
225 Wate St Suite 1800
Jacksonville FL 32202-5182

Stephen M. Miley, M. D.
c/o Michael P. Brundage, Esq.
Hill, Ward & Henderson, P.A.
P. O. Box 2231
Tampa, Florida 33601-2231

Steven Posner Irrevocable Trust
UTA Dated June 17, 1965
Teresa Pacin
10800 Biscayne Blvd, Ste 350
Miami, FL 33161-7811

Steven Posner Irrevocable Trust
c/o Peter E. Shapiro, Esq.
Shutts & Bowen LLP
200 E. Broward Blvd., Suite 2100
Fort Lauderdale, Florida 33301-1972

Toyota
Dennis LeVine & Assoc PA
David Hicks Esq
P O Box 707
Tampa FL 33601-0707

US Home Corporation
Richard Johnston, Esq.
Fowler White Boggs P.A.
P.O. Box 1438
Tampa, FL 33601-1438

US Home Corporation
c/o Keith T. Appleby, Esq.
Richard Johnston, Esq.
Post Office Box 1438
Tampa, FL 33601-1438

United States Trustee - TPA
Theresa M Boatner
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602-3949

Whitney National Bank
c/o Thomas H. McLain, Jr., Esq.
Fisher & Sauls, P.A.
P.O. Box 387
St. Petersburg, Fl 33731-0387


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Internal Revenue Service          End of Label Matrix
P.O. Box 21126                    Mailable recipients      60
Philadelphia, PA 19114            Bypassed recipients       0
                                  Total                    60

# SCHEDULE 2

# SERVICE LIST

GreatAmerica Leasing Corporation
Attn: Debbie Burns, Litigation Department
P.O. Box 609
Cedar Rapids, Iowa 52406
Facsimile No.: 319/261-6039

First Federal Leasing, Inc.
c/o Lois Berry, A.V.P.
P.O. Box 1145
Richmond, IN 47375
Facsimile No.: 765/973-4372

IBM Credit, LLC
c/o B. H. Schideler
Two Lincoln Centre
Oakbrook Terrace, Illinois 60181
Facsimile No.: 845/491-3275

Leaf Funding, Inc.
Attn: Tracy Toth, Recovery Department
300 Outlet Pointe Boulevard, Suite #300
Columbia, South Carolina 29210
Facsimile No.: 877/897-7717

Howard S. Toland, Esq.
Counsel for Leaf Funding, Inc.
Mitrani, Rynor, Adamsky & Toland, P.A.
2400 North Commerce Parkway
Suite 302
Weston, Florida 33326
Facsimile No.: 954/335-1017

General Electric Capital Corporation
c/o Robert J. Nader, Esq., Counsel for GE Capital
1509 West Swann Avenue, Suite 235
Tampa, Florida 33606.
ECF

Banc of America Leasing & Capital, LLC
c/o Matthew G. Krause, Esq.
Eric B. Zwiebel, P.A.
8751 West Broward Boulevard, Suite 100
Plantation, Florida 33324
ECF

US Bancorp Manifest Funding Services
Attn: Corporate Attorney
1450 Channel Parkway
Marshall, Minnesota 56258

Facsimile No.:  800/433-6185

John S. Schoene, Esq.
100 E. Sybelia, Suite 205
Maitland, Florida  32751
Counsel to General Electric Capital Corporation
Facsimile No.:  407/644-1282

Phillips Medical Capital, LLC
c/o Solove & Solove, P.A.
12002 SW 128th Court, Suite 201
Miami, Florida  33186
Facsimile No.: 305/612-0801

Bruce J. Borrus, Esq.
Riddell Williams P.S.
1001 4th Avenue, Suite 4500
Seattle, Washington  98154-1192
ECF

Carestream Health
Attn:  Mary Ellen Liss, Legal Dept.
150 Verona Street
Rochester, NY  14608
Facsimile No.:  800/445-9967


H:\User\Axcess Medical\Claims Objections Service List.doc

# **<u>SCHEDULE 3</u>**

AXCESS
BIDDER LIST MATRIX

Advanced Diagnostic Holdings LLC
Attn: Amir Glogau
1931 W. MLK Boulevard, Suite F
Tampa, FL  33607

Diagnostic Health Corporation/Gores Group
Attn:  Robin Regan
22 Inverness Parkway, Suite 425
Birmingham, AL  35242

Diagnostic Imaging Corporation
Attn:  Dr. Nifin Doshi
560 South Broadway
Hicksville, NY  11801

Dr. Robert Posniak
9350 Turkey Lake Raod
Orlando, FL  32819

Health Diagnostics
Attn:  Brad Peters
200 Park Avenue, 44th Floor
New York, NY  10166

KMH Labs
Attn:  Monte Dube
Proskauer Rose 3Ft. National Plz.
70 W. Madison
Chicago, IL  60602

Palm Beach Capital
Attn:  Nate Ward
505 South Flagler Drive, Suite 1400
West Palm Beach, FL  33401

Liz Aristiz
P.O. Box 719
Boca Raton, FL  33429

Presgar
Attn: Gary Wright
14025 Riveredge Drive, 5th Floor
Tampa, FL  33637

Radnet
Attn:  Stephen Forthuber
1510 Cotner Avenue
Los Angeles, CA  90025

Rivercorp Advisors
Attn:  Jon Burklund
465 East Saddle River Road
Ridgewood, NJ  07450

Sarasota Memorial Hospital
Attn:  Mike Harrington
1700 S. Tamiami Trail
Sarasota, FL  34239

Sonix
Attn: Om Soni
150 Motor Parkway
Hauppauge, NY  11788

Touchstone
Attn:  Clete Madden
5214 Maryland Way, Suite 200
Brentwood, TN  37027

Transworld Brokers
Attn:  Tom Jones
5101 NW 21st Avenue, Suite 300
Fort Lauderdale, FL  33309

Windy City Financial
Attn:  Joel Kanter
8000 Towers Crescent Drive, Suite 1300
Vienna, VA  22182

A1 Imaging
Attn:  Mike Lacenere
2 N. Tamiami Trail, Suite 800
Sarasota, FL  34236

Center for Diagnostic Imaging
Attn:  Greg Flittner
5775 Wayzata Boulevard, Suite 400
Minneapolis, MN  55416

Health Capital Investors, Inc.
Attn:  Steven Nitsberg
545 Fifth Avenue, 9th Floor
New York, NY  10017

Hilton Head Imaging
Attn:  Murat Caglayan
460 William Hilton Parkway
Hilton Head Island, SC  22926

Choice Medical Imaging
Attn:  Daniel Bafia
5831 Bee Ridge Road
Sarasota, FL  34233

McDermott, Will & Emory
Attn: Jack Bernstein/Ira J. Coleman
201 South Biscayne Blvd., Suite 2200
Miami, FL  33131-4336

Bush O'Donnell Capital Partners LLC
Attn:  Wayne Smith
101 South Hanley, Suite 1250
St. Louis, MO  63105

Partners Imaging
Attn:  Richard Goldberg
1250 S. Tamiami, Suite 103
Sarasota, FL  34239

University MRI and Diagnostic Imaging
Centers
Attn:  Rick Steinberg
3848 FAU Blvd., #200
Boca Raton, FL  33431

Coastal Orthopedics
Attn:  Alan Valadie
6015 Pointe West Boulevard
Bradenton, FL  34209

The Decatur Group
Attn: R. Haynes Chidsey
700 Seventeenth Street, Suite 650
Denver, CO  80202