**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **AXCESS MEDICAL IMAGING CORPORATION,** | Case No. 8:09-bk-12180-CED |
| **US IMAGING HOLDING, LLC,** | Case No. 8:09-bk-12181-CED |
| **U.S. IMAGING CENTER CORP., LLC,** | Case No. 8:09-bk-12182-CED |
| **AXCESS DIAGNOSTICS BRADENTON, LLC,** | Case No. 8:09-bk-12183-CED |
| **AXCESS DIAGNOSTICS SARASOTA, LLC,** | Case No. 8:09-bk-12184-CED |
| **CLEARWATER RESOURCES, INC.,** | Case No. 8:09-bk-12186-CED |
| **BRADENTON RESOURCES, INC.,** | Case No. 8:09-bk-12187-CED |
| **MRI-SOUTH UMBERTON, INC.,** | Case No. 8:09-bk-12189-CED |
| **MORGAN MEDICAL CORPORATION,** | Case No. 8:09-bk-12190-CED |
| **CHARLOTTE RESOURCES, INC.,** | Case No. 8:09-bk-12192-CED |
| **JACKSONVILLE RESOURCES, INC.,** | Case No. 8:09-bk-12194-CED |
| **AXCESS MANAGEMENT GROUP, LLC,** | Case No. 8:09-bk-12197-CED |
| Debtors._____/ | *Jointly Administered*<br>*Case No. 8:09-bk-12180-CED* |

**EMERGENCY MOTION OF PARTNERS IMAGING**
**HOLDINGS, LLC TO EXTEND MODIFIED CLOSING DATE FOR SALE**

---

**NOTICE OF HEARING**

A hearing will be held in Courtroom 10B, Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida, on **Friday, February 12, 2010** at **11:00 a.m.** before the Honorable Caryl E. Delano, Bankruptcy Judge, to consider and act upon This Emergency Motion to Extend Modified Closing Date for Sale by Partners Imaging Holdings LLC.

---

Partners Imaging Holdings, LLC ("Partners Imaging"), by and through its undersigned counsel, hereby moves this Court for a one week (seven calendar day) extension of the Modified Closing Date for Sale of certain assets of Debtors. In support of its Emergency Motion, Partners Imaging states as follows:

1. The above-captioned Chapter 11 cases were filed on or about June 10, 2009.

2. On December 4, 2009, the Debtors' filed their Motion for Order Authorizing the Sale of Substantially All of Their Assets to Altamonte Springs Diagnostic Imaging, Inc., Pursuant to 11 U.S.C. § 363, Free and Clear of All Liens, Claims and Encumbrances ("Sale Motion") [Dkt. No. 374]. On January 6, 2010, the Debtors' filed their First Supplement to the Sale Motion [Dkt. No. 414].

3. Partners Imaging was one of several competing bidders [Dkt. No. 441]. Ultimately, a composite bid including the Partners Imaging bid was determined to be the highest and best bid. This "Composite Bid" was made up of four parties: Partners Imaging, HCI Secured Medical Receivables Special Purpose Corporation, North Brevard Medical Support, Inc., and Spinecare Associates, LLC.

4. Partners Holdings tendered a deposit in the amount of $500,000 ("Deposit") as part of the Composite Bid.

5. Closing on the Sale is scheduled for February 16, 2009 ("Modified Closing Date").

6. Despite the rapidly approaching closing deadline, the Debtors have failed to provide Partners Imaging with a fully executed Asset Purchase Agreement as of 3:00 p.m., February 11, 2009. Further, the Debtors failed to obtain an Order Granting the Sale Motion until

approximately 2:00 p.m., February 11, 2009.

7. The lack of a Sale Order and a signed Asset Purchase Agreement until the eve of a three-day weekend (which includes a federal holiday) seriously jeopardizes the current Modified Closing Date of February 16, 2009. Partners Imaging repeatedly requested circulation of a proposed sale order during late January and the first week of February to no avail. Partners Imaging submitted to Debtors a complete Asset Purchase Agreement, with Exhibits on February 3, 2009. (Partners Imaging had intended to conform the Asset Purchase Agreement to the terms of the signed Sale Order). Thus, this delay in documentation is beyond the control of Partners Imaging.

8. An extension of the Modified losing Date is necessary to allow the Sale Order and Asset Purchase Agreement to be circulated and reviewed by lenders, and for funds to be transferred, and for final closing documents to be completed.

9. Partners Imaging asserts that the extension of the Modified Closing Date for one week (through the close of business on February 23, 2010) is appropriate and reasonable under the circumstances.

**WHEREFORE**, Partners Imaging respectfully requests that this Court enter an Order: (i) granting this Emergency Motion; (ii) extending the Modified Closing Date through February 23, 2010; and (iii) granting Partners Imaging such other and further relief as the Court deems appropriate.

    /s/ Michael P. Horan
MICHAEL P. HORAN
Florida Bar No. 0307742
mhoran@trenam.com
STEPHANIE CRANE LIEB
Florida Bar No. 0031806
slieb@trenam.com
TRENAM, KEMKER, SCHARF, BARKIN,

FRYE, O'NEILL & MULLIS, P.A.
200 Central Avenue, Suite 1600
St. Petersburg, FL  33701
Telephone: (727) 824-6201
Facsimile:   (727) 502-3413

Attorneys for Partners Holdings Imaging, LLC

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of this Partners Imaging Holdings, LLC's Emergency Motion to Extend Modified Closing Date on Sale was served via CM/ECF and/or US Mail on the following: **Debtors**, Axcess Medical Imaging Corporation, et al, US Imaging Holding LLC et al, Jointly Administered, 551 N Cattlemen Rd Suite 202, Sarasota, FL 34232; **Counsel for Debtors**, Charles A. Postler, Esquire**,** Stichter, Riedel, Blain & Prosser, 110 E Madison Street, Suite 200, Tampa, FL 33602-4700; **Committee Counsel**, Frank P Terzo, Esquire**,** GrayRobinson, 1221 Brickell Avenue, Suite 1650, Miami, FL 33131;  **Counsel for Coastal Imaging Holdings, LLC**, W. Gregory Golson, Esquire, Golson Legal, P.A., 1724 E. 5th Ave., Tampa, FL 33605; **Counsel for Amegy**, John J. Lamoureux, Carlton Fields, 4221 W. Boy Scout Boulevard, Suite 1000, Tampa, Florida 33607-5780;  **United States Trustee's Office**, 501 E. Polk Street, Suite 1200, Tampa, Florida 33602 (telephonic notice of the hearing was also provided to each of the attorneys listed above); and to all parties on the **Court's LBR 1007-2 Matrix** on this 11th day of February, 2010.

/s/ Michael P. Horan
Attorney

-4104117v1