UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| AXCESS MEDICAL IMAGING CORPORATION, | Case No. 8:09-bk-12180-CED |
| US IMAGING HOLDING, LLC, | Case No. 8:09-bk-12181-CED |
| U.S. IMAGING CENTER CORP., LLC, | Case No. 8:09-bk-12182-CED |
| AXCESS DIAGNOSTICS BRADENTON, LLC, | Case No. 8:09-bk-12183-CED |
| AXCESS DIAGNOSTICS SARASOTA, LLC, | Case No. 8:09-bk-12184-CED |
| CLEARWATER RESOURCES, INC., | Case No. 8:09-bk-12186-CED |
| BRADENTON RESOURCES, INC., | Case No. 8:09-bk-12187-CED |
| MRI-SOUTH UMBERTON, INC., | Case No. 8:09-bk-12189-CED |
| MORGAN MEDICAL CORPORATION, | Case No. 8:09-bk-12190-CED |
| CHARLOTTE RESOURCES, INC., | Case No. 8:09-bk-12192-CED |
| JACKSONVILLE RESOURCES, INC., | Case No. 8:09-bk-12194-CED |
| AXCESS MANAGEMENT GROUP, LLC, | Case No. 8:09-bk-12197-CED |
| Debtors.                                                    / | *Jointly Administered*<br>*Case No. 8:09-bk-12180-CED* |

**ORDER GRANTING EMERGENCY MOTION OF PARTNERS IMAGING
HOLDINGS, LLC TO EXTEND MODIFIED CLOSING DATE FOR SALE**
**(Doc. No. 486)**

THIS CASE came on for hearing on February 12, 2010, upon the Emergency Motion of Partners Imaging Holdings, LLC ("Partners Imaging") to Extend Modified Closing Date for Sale (the "Emergency Motion"), filed on February 11, 2010 (Doc. No.

486).

For the reasons stated orally and recorded in open court that shall constitute the decision of the Court, the Court finds that the Emergency Motion should be granted.

Accordingly, it is,

**ORDERED, ADJUDGED AND DECREED** as follows:

1. The Emergency Motion is hereby **GRANTED**.

2. The Modified Closing Date under the Sale Order (Doc. No. 485) is hereby extended through February 23, 2010.

3. The Debtor shall provide an executed copy of the Asset Purchase Agreement to Partners Imaging no later than February 16, 2010.

4. No further extensions shall be granted except in instances of an "Act of God."

**DONE AND ORDERED** in Chambers at Tampa, Florida on February 17, 2010.

_____
CARYL E. DELANO
U.S. Bankruptcy Judge

Copies Furnished To:
Michael Horan, 200 Central Avenue, Suite 1600 St. Petersburg, FL 33701
Axcess Medical Imaging Corporation, 551 N Cattlemen Rd Suite 202, Sarasota, FL 34232
Charles A. Postler, 110 E Madison Street, Suite 200, Tampa, FL 33602-4700
Frank P Terzo, 1221 Brickell Avenue, Suite 1650, Miami, FL 33131
Gregory Golson, 1724 E. 5th Ave., Tampa, FL 33605
John J. Lamoureux, 4221 W. Boy Scout Boulevard, Suite 1000, Tampa, Florida 33607-5780
United States Trustee's Office, 501 E. Polk Street, Suite 1200, Tampa, Florida 33602
Court's LBR 1007-2 Matrix